# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3460
L.T. Case No. 2008-CF-018170-B

_____

ALVIN CLAVELLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Alvin Orlando Clavelle, Mayo, pro se.

James Uthmeier, Attorney General, and Ryan Edward Roy, Assistant Attorney General, Tallahassee, for Appellee.

May 14, 2026

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————